### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ESBIN ANICETO LOPEZ Y LOPEZ** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 25-6819** |
| | : | |
| **JAMAL L. JAMISON, MICHAEL ROSE, KRISTI NOEM, U.S. DEPARTMENT OF HOMELAND SECURITY, PAMELA BONDI, EXECUTIVE OFFICE FOR IMMIGRATION REVIEW** | : : : : : : | |

## ORDER

AND NOW, this 8th day of December 2025, upon reviewing Plaintiff's counseled Petition for habeas relief (ECF 1) seeking prompt release unless Defendants timely hold a bond hearing under section 1226(a), and finding good cause to maintain and resolve the vested justiciability of Plaintiff's claim in a timely manner, it is **ORDERED** we:

1. **DIRECT** Plaintiff immediately serve the Petition (ECF 1) and this Order upon Defendants and file an affidavit confirming service by no later than **December 9, 2025;**

2. **GRANT** Defendants leave to respond to the Petition (ECF 1) compliant with our Policies by no later than **December 11, 2025**;

3. **PRECLUDE** Defendants from altering Plaintiff's custody including affecting his continuing presence in this District until further Order; and,

4. **CONFIRM** the filing of this Order on Monday, **December 8, 2025 at 8:50 AM EST.**

                                                                **KEARNEY, J.**