IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ESBIN ANICETO LOPEZ Y LOPEZ** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 25-6819 |
| | : | |
| **JAMAL L. JAMISON, MICHAEL ROSE, KRISTI NOEM, U.S. DEPARTMENT OF HOMELAND SECURITY, PAMELA BONDI, EXECUTIVE OFFICE FOR IMMIGRATION REVIEW** | : | |

# ORDER

**AND NOW**, this 11th day of December 2025, upon considering Petitioner's Notice of Voluntary Dismissal (ECF 4), and for good cause, it is **ORDERED**:

1. This action is **DISMISSED** without prejudice under Federal Rule of Civil Procedure 41(a)(1)(B); and,

2. The Clerk of Court shall **close** this case.

_____
**KEARNEY, J.**